UNITED STATES COURT OF APPEALS
For the Fifth Circuit

No. 97-50045
Summary Calendar

In the Matter of: RAY CARPENTER & CO.;
C&D PROPERTIES, INC.; LORETTA FAYE CARPENTER;
RAYMOND GILET CARPENTER, JR.,

Debtors.

--------------------------------

RAYMOND GILET CARPENTER, JR.,

Appellant,

VERSUS

JOHN PATRICK LOWE,

Appellee.

Appeal from the United States District Court
For the Western District of Texas
(SA-96-CV-246)

July 18, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

On January 12, 1996, the bankruptcy court denied the debtors' Motion for Reconsideration of Final Distribution and Motion for Disgorgement. Debtors appealed to the district court and on December 20, 1996, the district court entered an Order dismissing the appeal as moot. Debtors now appeal to this Court.

We have carefully reviewed the briefs and the record excerpts; and for the reasons stated by the district court in its Order entered December 20, 1996, we AFFIRM the decision of the district court.

**AFFIRMED.**